✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court For The Eastern District Of Virginia<br>401 Courthouse Square<br>Alexandria, VA  22314 |
|---|---|---|
| DOCKET NO.<br>1:14cv1112 | DATE FILED<br>8/27/2014 | |
| PLAINTIFF<br>Malibu Media, LLC | | DEFENDANT<br>John Doe, IP address 98.249.51.64 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Fernando Galindo | (BY) DEPUTY CLERK<br>N.Y. Hall | DATE<br>9/3/2014 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## File Hashes for IP Address 98.249.51.64

**ISP:** Comcast Cable
**Physical Location:** Warrenton, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/11/2014 13:42:55 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 06/01/2014 20:53:30 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 05/22/2014 01:22:39 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 04/28/2014 00:01:45 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 03/23/2014 19:51:24 | B5B43E4DB872B1542BE930D603EE869ECBF0AE6D | Trophy Wife |
| 01/20/2014 02:37:48 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 01/20/2014 02:30:26 | 44157A57E175E2BBF0290513B7355E4617CB4BBB | Season of Love |
| 12/29/2013 19:41:27 | 999AB8996B35673D65C5C7BCBB92247155EABCB3 | A Christmas Story |
| 12/29/2013 18:47:46 | A71F53AF49426369741F89B3CFEB8A692E301CF1 | No Turning Back Part #2 |
| 12/16/2013 02:48:27 | C9078051580A5D0C1AF2BFEAA20A8D1F905935EF | Lying Around |
| 12/16/2013 02:46:40 | DDFA609D8C015E81C098CC6EE83BE696E0145B58 | Love at First Sight |
| 12/08/2013 21:12:54 | A43186CE0F1ECABA41DE92FE0F4AB00CD112FC6D | Arrest Me |
| 12/08/2013 20:38:49 | 9FEFF22B7BA424BFB8847B7B41A62450FC059745 | So Right Its Wrong |
| 10/31/2013 03:48:52 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 10/31/2013 03:39:26 | C82F20394FAAFC5199712AF95D0E988552F2EC4B | Bohemian Rhapsody |
| 10/13/2013 04:58:12 | 6CC6E846AC9F6069ECFA5C276A3832DB186918BC | They Meet Again |
| 10/13/2013 04:52:50 | E3DDA7E76207E9CCD7E4B053F6935057806208FE | First and Forever |
| 09/26/2013 20:30:14 | F44E53FC4EBD34AE297E94ABF1C6EC898C49F1F9 | Come Inside From the Cold |
| 09/08/2013 22:18:55 | 35813ECED30B923A57A5336F35BE686E3488F409 | Anneli Leila Menage A Trois |
| 09/08/2013 21:08:55 | 5BFE0261FD5315EBD491ABBEF7279DE9EE30E377 | Side by Side |
| 08/27/2013 21:34:28 | 48AF98DC246877D8C83DCBC1D67C74A5888FE7B9 | Malibu Moments Part #2 |
| 08/18/2013 23:42:39 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |

EXHIBIT A

EVA80

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/18/2013 23:37:05 | D88B4C89C6AF183E648968833DB35747519C31D9 | Sneaking In |
| 08/18/2013 21:51:41 | ACDAEFDE2178B62CEC4D41D79580993E1E456571 | Raw Passion |
| 08/11/2013 19:00:03 | A5D4830AAE367E3FB6371C30BEE5E226477FB9E4 | This Really Happened |
| 08/06/2013 01:01:23 | D54707E12C75DA136AF89026A733513B521D24AD | Made for Each Other |
| 08/06/2013 00:27:35 | 3382EC00142705DB3EF309A4CEB081BDC584B178 | Dreams Do Come True |
| 07/29/2013 04:45:37 | BFFA463E61447F200B096D9E7120FDDB1F858CC0 | Going Strong |
| 04/18/2013 21:27:56 | 42E971103CB6F4DF101C8982D0E122F5755324A0 | Rose Petals |
| 04/18/2013 21:12:19 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |

**Total Statutory Claims Against Defendant: 30**

## Copyrights-In-Suit for IP Address 98.249.51.64

**ISP:** Comcast Cable
**Location:** Warrenton, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 12/29/2013 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 10/31/2013 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 09/08/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 12/08/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/31/2013 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 09/26/2013 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 08/06/2013 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 10/13/2013 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 06/01/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 07/29/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/18/2013 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 12/16/2013 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 12/16/2013 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 08/06/2013 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 08/27/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 12/29/2013 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/28/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/20/2014 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 08/18/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/18/2013 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/20/2014 |

EXHIBIT B

EVA80

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/08/2013 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 08/18/2013 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/08/2013 |
| Sweet Awakening | PENDING | 07/09/2014 | 07/21/2014 | 07/11/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/22/2014 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/13/2013 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 08/11/2013 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/23/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 08/18/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 30**